UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| In Re: | Chapter 13 Bankruptcy |
|---|---|
| **CATHERINE J. GURSKI,** | |
| Debtor | Bankruptcy No. 13-06143 RNO |

## ORDER

UPON CONSIDERATION of the Motion to Compel Wage Attachment Pursuant to 11 U.S.C. 1325(c) ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that Broad Mountain Health and Rehabilitation Center shall remit the sum of $290.00 per month from the paychecks of the Debtor, Catherine J. Gurski, to the Chapter 13 Trustee, at the following address:

>Charles J. DeHart, Esquire
>Chapter 13 Trustee
>P.O. Box 7005
>Lancaster, PA 17604

Each check remitted shall carry the notation "Catherine J. Gurski/13-06143 RNO."

BY THE COURT:

_____
**Robert N. Opel**
**United States Bankruptcy Judge**

Copies to:

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
P.O. Box 5828
Wyomissing, PA 19610

Catherine J. Gurski
7 West Wood Street
Pine Grove, PA 17963

Charles J. DeHart, Esquire
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Broad Mountain Health and Rehabilitation Center
500 W. Laurel St.
Frackville, PA 17931
Attn: Kathy Wall