```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 13-06143-RNO
Catherine Jean Gurski                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: TWilson              Page 1 of 1              Date Rcvd: Aug 19, 2016
                              Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db          +Catherine Jean Gurski,   7 W. Wood St.,   Pine Grove, PA 17963-1019
            +Broad Mountain Health and Rehabilitation Center,   500 W. Laurel St.,   Attn: Kathy Wall,
              Frackville, PA 17931-2018

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              George Meany Lutz    on behalf of Debtor Catherine Jean Gurski glutz@hvmllaw.com,
               amerkey@hvmllaw.com
              Jerome B Blank    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor     WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Milstead and Associates, LLC    on behalf of Creditor    Bank of America, N.A.
               dlipow@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| In Re: | Chapter 13 Bankruptcy |
|---|---|
| CATHERINE J. GURSKI, | |
| Debtor | Bankruptcy No. 13-06143 RNO |

ORDER

UPON CONSIDERATION of the Motion to Compel Wage Attachment Pursuant to 11 U.S.C. 1325(c) ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that Broad Mountain Health and Rehabilitation Center shall remit the sum of $290.00 per month from the paychecks of the Debtor, Catherine J. Gurski, to the Chapter 13 Trustee, at the following address:

> Charles J. DeHart, Esquire
> Chapter 13 Trustee
> P.O. Box 7005
> Lancaster, PA 17604

Each check remitted shall carry the notation "Catherine J. Gurski/13-06143 RNO."

By the Court,

Dated: August 19, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)