```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-06143-RNO
Catherine Jean Gurski                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: TWilson          Page 1 of 1          Date Rcvd: Sep 26, 2016
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db             +Catherine Jean Gurski,    7 W. Wood St.,   Pine Grove, PA 17963-1019

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              George Meany Lutz    on behalf of Debtor Catherine Jean Gurski glutz@hvmllaw.com,
               amerkey@hvmllaw.com
              Jerome B Blank    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Milsteand and Associates, LLC    on behalf of Creditor    Bank of America, N.A.
               dlipow@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

| In Re: <br><br> **CATHERINE J. GURSKI,** <br><br> Debtor | Chapter 13 Bankruptcy <br><br> Bankruptcy No. 13-06143 RNO |
|---|---|

## ORDER

UPON CONSIDERATION OF this Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor's counsel having certified that the Motion was served on the Matrix, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Second Amended Chapter 13 Plan is CONFIRMED.

By the Court,

Dated: September 23, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)