## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CATHERINE JEAN GURSKI

        CHAPTER 13

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
          Movant

        CASE NO:   5-13-06143-JJT

        CATHERINE JEAN GURSKI

        Respondent(s)

### CERTIFICATION OF DEFAULT

AND NOW on November 16, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 16, 2017, the Debtor(s) is/are $1156.45 in arrears with a plan payment having last been made on Jul 17, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

        Respectfully Submitted,
        /s/  Liz Joyce
        for Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        Phone:  (717) 566-6097

Dated: November 16, 2017

IN RE:   CATHERINE JEAN GURSKI

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CATHERINE JEAN GURSKI

CHAPTER 13

CASE NO: 5-13-06143-JJT

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on November 16, 2017.

GEORGE M LUTZ, ESQUIRE
HARTMAN, VALERIANO, MAGOVERN & LUTZ
1100 BERKSHIRE BLVD, SUITE 301
WYOMISSING, PA  19610-

CATHERINE JEAN GURSKI
906 HOYA  AVE.
HARRISBURG, PA  17112-8015

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 16, 2017