```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 13-06143-JJT
Catherine Jean Gurski                                           Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: TWilson              Page 1 of 2          Date Rcvd: Nov 22, 2017
                              Form ID: pdf010            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db             #+Catherine Jean Gurski,    7 W. Wood St.,    Pine Grove, PA 17963-1019
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC  29603-0826
4415794         Anthony Gurski, Jr.,    Tulpehocken St.,    Pine Grove, PA 17963
4415795        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    4161 Piedmont Parkway,    Greensboro, NC 27410)
4471998        +Bank of America, N.A.,    Attn: Bankruptcy Dept.,    Mail Stop CA6-09-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
4415798         Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
4460444        ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
4415802        +First National Bank,    500 E. 60th St. N.,    Sioux Falls, SD 57104-0478
4428596        +George M. Lutz, Esquire,    Case, DiGiamberardino & Lutz, P.C.,    845 North Park Road, Suite 101,
                 Wyomissing, PA 19610-1342
4415804        +HSBC Bank,   P.O. Box 5253,    Carol Stream, IL 60197-5253
4415805        +Immix Wireless,    POB 2153 Drawer 2153,    Birmingham, AL 35287-0002
4415806        +J. W. Barto and Sons, Inc.,    Tulpehocken St.,    Pine Grove, PA 17963
4415811        +STATE FARM BANK FIN CARDS,    PO Box 2316,    Bloomington, IL 61702-2316
4415810        +Shell/Citibank,    POB 6497,    CITIBANK CREDIT BUREAU DISPUTE,    Sioux Falls, SD 57117-6497
4448170         State Farm Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
4807020         WILMINGTON SAVINGS FUND SOCIETY, BCAT 2014-9TT,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC  29603-0826
4807021        +WILMINGTON SAVINGS FUND SOCIETY, BCAT 2014-9TT,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC  29603-0826,    WILMINGTON SAVINGS FUND SOCIETY, BCAT 20,
                 c/o Shellpoint Mortgage Servicing 29603-0826
4415812        +Webbank/DFS,    POB 81607,    Austin, TX 78708-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4415800         E-mail/PDF: creditonebknotifications@resurgent.com Nov 22 2017 19:06:21      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
4415801        +E-mail/Text: bknotice@erccollections.com Nov 22 2017 19:03:58      ENHANCED RECOVERY CO LLC,
                 8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
4415803        +E-mail/Text: bankruptcygpl@greatplainslending.com Nov 22 2017 19:04:12      Great Plains Lending,
                 1050 E. Second St.,    Edmond, OK 73034-5313
4431271         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 22 2017 19:04:02      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-
4415807        +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 19:12:03      LVNV FUNDING LLC,
                 PO Box 10584,    Greenville, SC 29603-0584
4460473         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 19:12:04
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4460478         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 19:12:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4460475         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2017 19:12:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
                 Corporation,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4415808        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2017 19:03:55      MIDLAND CREDIT MGMT INC,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
4415809         E-mail/Text: nod.referrals@fedphe.com Nov 22 2017 19:03:32      Phelan, Hallinan & Schmieg,
                 One Penn Center Plaza @ Suburban St,    1617 J.F.K. Blvd., Ste. 1400,
                 Philadelphia, PA 19103-1814
4677596        +E-mail/Text: Bankruptcy@wsfsbank.com Nov 22 2017 19:04:32
                 Wilmington Savings Funds Society, FSB,    500 Delaware Avenue,    11th Floor,
                 Wilmington, DE 19801-7411
4677597        +E-mail/Text: Bankruptcy@wsfsbank.com Nov 22 2017 19:04:32
                 Wilmington Savings Funds Society, FSB,    500 Delaware Avenue,    11th Floor,
                 Wilmington, DE 19801,    Wilmington Savings Funds Society, FSB,
                 500 Delaware Avenue 19801-7411
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Shellpoint Mortgage Servicing
4415797*       +CAPITAL ONE,    PO Box 5253,    Carol Stream, IL 60197-5253
4415796        ##+Capital One,    POB 5253,    Carol Stream, IL 60197-5253
4415799        ##+Commercial Acceptance Corp.,    4807 Jonestown Rd Ste 247,    Harrisburg, PA 17109-1744
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              George Meany Lutz    on behalf of Debtor 1 Catherine Jean Gurski glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              Jerome B Blank    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of America, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Milsteand and Associates, LLC    on behalf of Creditor    Bank of America, N.A.
               dlipow@milsteadlaw.com,   bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as
               CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Edward Miller    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CATHERINE JEAN GURSKI

Chapter: 13

Debtor(s)    Case No.:    5-13-bk-06143-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

vs.    Movant(s)

CATHERINE JEAN GURSKI

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: November 21, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)